## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WEDONNA L. MORRIS
3636 16TH Street, N.W.
B 1014
Washington, D.C. 20010
202 234-8355

    Plaintiff,

CASE NUMBER 1:05CV01496
JUDGE: RBW

GALE A. NORTON, SECRETARY
U.S. DEPARTMENT OF THE INTERIOR
1849 C STREET, N.W.
Washington, D.C. 20240
202-208-7351

    Defendant.

### AFFIDAVIT OF SERVICE

I, MARSHALL BROOKES, SERVER FOR Wedonna L. Morris HAND DELIVERED THIS SUMMONS AND COMPLAINT TO THE UNITED STATES DEPARTMENT OF THE INTERIOR. OFFICE OF THE SECRETARY, GALE NORTON, SECRETARY ON THURSDAY NOVEMBER 17, 2005.

Person Receiving Affidavit/Summons and Complaint

_____ date: 11-17-05

Signature of Server _____ date: 11/17/05

10:58a

RECEIVED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEDONNA L. MORRIS
3636 16TH Street, N.W.
B 1014
Washington, D.C. 20010
202 234-8355

    Plaintiff,

GALE H. NORTON

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 4TH Street N.W.
Washington, D.C. 20001

    Defendant.

CASE NUMBER 1:05CV01496
JUDGE: RBW

## AFFIDAVIT OF SERVICE

I, MARSHALL BROOKES, SERVER FOR Wedonna L. Morris HAND DELIVERED THIS SUMMONS AND COMPLAINT TO THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA ON THURSDAY NOVEMBER 17, 2005.

**Person Receiving Affidavit/Summons and Complaint**

Shauna Robinson    date: 11/17/05

Signature of Server: Marshall Brookes    date: 11/17/05

@ 11:40

RECEIVED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEDONNA L. MORRIS
3636 16TH Street, N.W.
B 1014
Washington, D.C. 20010
202 234-8355

    Plaintiff,

CASE NUMBER 1:05CV01496
JUDGE: RBW

~~GALE NORTON~~

U.S. ATTORNEY GENERAL
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
    Defendant.

## AFFIDAVIT OF SERVICE

I, MARSHALL BROOKES, SERVER FOR Wedonna L. Morris HAND DELIVERED THIS SUMMONS AND COMPLAINT TO THE UNITED STATES ATTORNEY GENERAL'S OFFICE ON THURSDAY NOVEMBER 17, 2005.

Person Receiving Affidavit/Summons and Complaint

_____ date: 11/17/05
Signature of Server  Marshall Brookes  date: 11/17/05

11:25A

RECEIVED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT