UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEDONNA MORRIS,<br>3636 16th Street, N.W., B 1014<br>Washington, DC 20010,<br><br>            Plaintiff,<br><br>    v.<br><br>GALE E. NORTON,<br>SECRETARY OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, DC 20240,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-1496 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch as counsel for Defendant in the above-captioned case.

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* plaintiff by first class mail addressed to:

> Wedonna Morris
> 3636 16th Street, N.W., B 1014
> Washington, DC 20010

on this 17th day of January, 2006.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov