UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEDONNA MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>GALE E. NORTON,<br>SECRETARY OF THE INTERIOR,<br><br>    Defendant. | Civil Action No.: 05-1496 (RBW) |

**NOTICE OF RE-SERVICE**

Defendant files this Notice of Re-Service to inform the Court that the undersigned has re-served the Notice of Appearance, no. [3], and Answer, no. [4], upon *pro se* Plaintiff at:

Wedonna Morris
3636 16th Street, N.W.,
Apartment B 1014
Washington, DC 20010

on this 1st day of February.  The re-service was necessary because the orginal envelope used to serve these documents on January 17, 2006, inadvertantly omitted the apartment number and so the envelope was returned undelivered yesterday.  The undersigned regrets the error.

February 1, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov