UNITTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEDONNA L. MORRIS
36363 16TH STREET, N.W.
B1014
Washington, D.C. 20010
202. 234.8355

    Plaintiff,

GALE E. NORTON
Secretary
U.S. DEPARTMENT OF THE INTERIOR
1849 C STREET, N.W.
Washington, D.C. 20240
202.208.7351

    Defendant

CASE NUMBER 05-1496 (RBW)

RECEIVED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Motion to Withdraw

Plaintiff, a Pro Se litigant, filed this discrimination lawsuit in good faith. The suit was filed after the plaintiff obtained a favorable ruling from the Merit System Protection Board (MSPB), regarding the wrongful termination by the defendant. The MSPB Judge restored the Plaintiff to her position. Shortly there after, the defendant again removed the plaintiff from her position after restoring as ordered by the Administrative Judge.

These proceedings have overwhelmed the plaintiff mentally, physically, and financially. This suit was filed Pro Se because plaintiff could no longer afford legal representation. However, as good as the faith was in filing, plaintiff cannot afford to proceed. The cost toll is many folds. The previous administrative proceedings against

the plaintiff, has been detrimental to her health and currently, the plaintiff, is under the doctor's care and suffers from post traumatic stress. Therefore, plaintiff respectfully moves to withdraw the law suit and respectfully requests that no court costs be assessed against her for a good faith filing.

Respectfully submitted,

Wedonna L. Morris
Plaintiff, Pro Se
February 26, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Wedonna L. Morris   CASE NUMBER 05-1496 (RBW)
3636 16th Street N.W.
B1014
Washington, D.C. 20010
202-234-8355

Plaintiff

Gale E. Norton
Secretary
U.S. Department of the Interior
1849 C Street N.W.
Washington, D.C. 20240
202-208-7351

### AFFIDAVIT OF SERVICE

I, Wedonna L. Morris, hereby declare that on 26th day of February, 2006, I mailed a copy of plaintiff's Motion to Withdraw the discrimination lawsuit, certified mail return receipt requested, to (Gale E. Norton), Secretary of the Interior, U.S. Department of the Interior, Washington, D.C. Attached hereto, is the green card acknowledging service.

Wedonna L. Morris
Pro Se Litigant
3636 16th Street N.W.
B1014
Washington, DC 20010
202.234.8355

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]  C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes   ☒ No

1. Article Addressed to:

U.S. Attorney for the District of Columbia
555 4th St. N.W.
Washington, DC 20001

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 6191 6464

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible — MAR 3 2006]  C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes   ☒ No

1. Article Addressed to:

United States Attorney General
950 Pennsylvania Ave. N.W.
Washington, DC 20530

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 6191 6457

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]  C. Date of Delivery: 3/7/06
D. Is delivery address different from item 1? ☐ Yes   ☒ No

1. Article Addressed to:

Gale E. Norton
Secretary
US Department of the Interior
1849 C Street N.W.
Washington, DC 20240

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 6191 6440

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540